924

No. 11–10441. ALVERA-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10443. PORCELLI, AKA JAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10444. WILLIAMS v. TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–10456. DHALIWAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1066. LUTZER v. DUNCAN. App. Ct. Ill., 2d Dist. Motion of Alliance Defense Fund for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–1139. GAUSS ET AL. v. EPISCOPAL CHURCH IN THE DIOCESE OF CONNECTICUT ET AL. Sup. Ct. Conn. Motion of St. James Anglican Church et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 11–1234. REDEVELOPMENT AUTHORITY OF MONTGOMERY COUNTY, PENNSYLVANIA, ET AL. v. R&J HOLDING CO. ET AL. C. A. 3d Cir. Motion of National League of Cities et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 11–1236. NELSON, CHAIRMAN, PUBLIC UTILITY COMMISSION OF TEXAS, ET AL. v. TIME WARNER CABLE INC. ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.